AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 10/2/2017 5:00PM | Copy of warrant and inventory left with: Mike Armstrong - USMS |
| Inventory made in the presence of : SA Pat Boucher | | |
| Inventory of the property taken: 182.7462777 Bitcoin | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/2/2017

FILED

OCT 1 3 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Matthew Pearson
*Executing officer's signature*

Matthew Pearson - TFO
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>182.7462777 bitcoin in a Trezor device wallet with<br>an approximate value of $715,151.97 | )<br>)<br>)<br>)<br>)<br> Case No. 5:17-MJ-1929-RN |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Eastern_____ District of _____North Carolina_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

182.7462777 bitcoin in a Trezor device wallet with an approximate value of $715,151.97

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____10/16/17_____

*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
__any U. S. Magistrate Judge within the Eastern District of NC__ .

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __10/2/17   4:15 pm__           _____Robert T. Numbers_____

*Judge's signature*

City and state: ___Raleigh, North Carolina___        ___Robert T. Numbers, II, United States Magistrate Judge___

*Printed name and title*